# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-174(1) (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR REFUND OF FILING FEE** |
| ANTWOYN TERRELL SPENCER | |
| Defendant. | |

Jeffrey S. Paulsen, William J. Otteson, and James S. Alexander, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Daniel W. Schermer, **DANIEL W. SCHERMER, P.A.**, 700 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, MN 55402-1033, for defendant.

On July 8, 2009, defendant Antwoyn Spencer filed a motion for refund of a filing fee paid for his appeal, (Docket No. 329), asserting that the fee was inadvertently paid after Spencer was granted *in forma pauperis* status.

Based on the foregoing, all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that Spencer's Motion for Refund of Filing Fee [Docket No. 329] is **GRANTED**. It is **FURTHER ORDERED** that the filing fee should be refunded directly to Spencer's counsel, Daniel W. Schermer, at 700 Lumber Exchange Building, 10 South Fifth Street, Minneapolis, MN 55402.

DATED: July 17, 2009　　　　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge