UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                                    Criminal No. 07-174 (1) (JRT/JJG)

            Plaintiff,         Civil No. 10-1803 (JRT)

v.

                                    **ORDER**

ANTWOYN TERRELL SPENCER,

            Defendant.

_____

Jeffrey Paulsen, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Antwoyn Terrell Spencer, #14781-041, FCI- Greenville, Post Office Box 5000, Greenville, IL 62246, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 338]. Defendant has also filed a separate motion asking the Court to order the Government to answer to the motion to vacate.

**IT IS HEREBY ORDERED** that the government shall respond to the motion to vacate by June 1, 2010. Defendant's motion ordering the Government to respond [Docket No. 339] is **DENIED AS MOOT.**

DATED: May 10, 2010
at Minneapolis, Minnesota.                         ____ s/ John R. Tunheim _____
                                                            JOHN R. TUNHEIM
                                                       United States District Judge